*KOH*
NFP/TFH: USAO 2022R00692

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*24-cr-00047-PX*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.   USDC- GREENBELT '24 FEB 14 PM 4:01 |
| | * | |
| BRIAN THORNEL ELZEY, | * | (Interference with Interstate |
| | * | Commerce by Robbery, 18 U.S.C. |
| Defendant | * | § 1951(a); Use, Carry, and Brandish a |
| | * | Firearm During and in Relation to a |
| | * | Crime of Violence, 18 U.S.C. |
| | * | § 924(c)(1)(A); Aiding and Abetting, |
| | * | 18 U.S.C. § 2; Forfeiture, 18 U.S.C. |
| | * | §§ 924(d) and 981(a)(1)(C), 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

******

## INFORMATION

### COUNT ONE
(Interference with Commerce by Threats or Violence)

The United States Attorney for the District of Maryland charges that:

On or about August 3, 2022, at approximately 2:08 a.m., in the District of Maryland and elsewhere, the defendant,

**BRIAN THORNEL ELZEY,**

did knowingly and unlawfully obstruct, delay, and affect commerce by robbery, as those are defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain property—that is, approximately $400 in United States currency—from the person and in the presence of an employee of Retail Business J, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

1

## COUNT TWO
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The United States Attorney for the District of Maryland further charges that:

On or about August 3, 2022, in the District of Maryland and elsewhere, the defendant,

### BRIAN THORNEL ELZEY,

did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with interstate commerce by robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count One of this Information and incorporated here.

18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions of any of the offenses set forth in Counts One and Two of this Information.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offenses set forth in Counts One or Two, the defendant,

**BRIAN THORNEL ELZEY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

### Robbery Forfeiture

3. Upon conviction of the offense set forth in Count One, the defendant,

**BRIAN THORNEL ELZEY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Date: 2/13/2024

Erek L. Barron
United States Attorney